WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-614—

HOBART NORTH WELDING SUPPLY CO., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 24, 1975.*

HOBART NORTH WELDING SUPPLY CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.